# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Jointly Administered Under Case No.19-30650 (WJF) |
| CW Welding & Fabrication, LLC | 19-30650 |
| CW Equipment, LLC, | 19-30651 |
| CW Fabrication, LLC, | 19-30652 |
| CW, LLC, | 19-30662 |
| Debtors | Chapter 11 Cases |

## NOTICE OF HEARING AND APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ATTORNEYS FOR DEBTOR-IN-POSSESSION

**PLEASE TAKE NOTICE** that the Court will hold a hearing on the following Application on Tuesday, May 14, 2019 at 9:30 a.m. before the Honorable William J. Fisher, in Courtroom 2B, U.S. Courthouse, 316 N. Robert Street, St. Paul, Minnesota, or as soon thereafter as counsel can be heard. Any response to this application shall be filed and delivered no later than Thursday, May 9, 2019, which is five days before the time set for the hearing on the application.

UNLESS A RESPONSE OPPOSING THE APPLICATION IS TIMELY FILED, THE COURT MAY GRANT THE APPLICATION WITHOUT A HEARING.

Karl J. Johnson and the law firm of Hellmuth & Johnson, PLLC, the Applicants herein, hereby apply to the Court, pursuant to 11 U.S.C. §§ 328, 330 and 331, for an Order allowing interim compensation and reimbursement of expenses and state in support thereof as follows:

1. The voluntary petitions commencing the above-captioned chapter 11 bankruptcy cases were filed on March 6 and 7, 2019 (the "Petition Dates").

2. Applicants are the attorneys for the Debtor-in-Possession in the above-referenced case. Applicants' employment was approved by the Court on March 27, 2019, a copy of which is attached hereto as **Exhibit A**.

3. This Court has jurisdiction over this application under §§ 157 and 1334. This application is filed pursuant to Bankruptcy Rules 2016 and 9013 and Local Rule 2016-1.

4. The terms of the employment and compensation sought therefore are on an hourly basis at a rate $325.00 per hour for services performed by Karl J. Johnson, and $190.00 per hour for services performed by Patricia J. May, as more completely described in the attached **Exhibit B**.

5. The services rendered by the Applicant during this period, as set forth in the attached **Exhibit B,** include 166.70 hours total per the following:

| Category | Hours | Amount |
|---|---|---|
| Asset Analysis and Recovery | 10.70 | $1,560.00 |
| Assumption Rejection of Leases and Contracts | 0.80 | $0.00 |
| Bankruptcy Related Advice (to Debtor) | 1.50 | $455.00 |
| Business Analysis | 4.20 | $975.00 |
| Business Operations | 13.50 | $3,737.50 |
| Case Administration | 41.50 | $8,417.00 |
| Fee/Employment Application | 9.50 | $552.50 |
| Financing Matters | 23.30 | $6,885.00 |
| Meetings of Creditors | 8.50 | $1,815.00 |
| Other Contested Matters | 35.80 | $9,932.50 |
| Relief from Stay/Adequate Protection | 17.40 | $5,655.00 |
| **TOTALS** | **166.70** | **$39,984.50** |

6. The 166.70 hours consists of 147.30 hours worked by Karl J. Johnson, 16.90 hours worked by Patricia J. May, and 2.5 hours worked by Lily E. Ansel.

7. In addition, Applicant has incurred expenses in the total amount of $4.73 as described in **Exhibit B**.

8. As indicated in the attached exhibit, the total value for the attorneys' fees for representation of the Debtor herein is the sum of $39,984.50.

9. The above amount takes into account discounts (denoted as "NO CHARGE" entries) and write-downs (denoted as "Bill for X; Work Y hours") in excess of $11,915.00.

10. Applicant received prepetition retainers totaling $50,908 in the following installments: (1) $5,000 on January 28, 2019; (2) $15,908 on February 8, 2019; and (3) $30,000 on March 5, 2019. On February 13, 2019, $15,735 was transferred from Hellmuth & Johnson's trust account to its operating account to cover prepetition fees and expenses.[1] On February 28, 2019, $3,173 was transferred from Hellmuth & Johnson's trust account to its operating account for prepetition fees and expenses and $2,000 was transmitted to Kesha Tanabe for her unsatisfied fees. Hellmuth & Johnson wrote off $4,235.50 of fees and expenses accrued through the end of February 2019. The $30,000 received on March 5, 2019 is a security deposit for any allowed fees that the Debtors are unable to pay.

11. The time period in which the services were rendered as are described in this Interim Fee Application is from March 4, 2019 to April 12, 2019. This is the first application for interim compensation that has been filed.

12. No plan or disclosure statement have been filed as of yet, but Applicant anticipates that a plan and disclosure statement will be filed by July or August.

13. The Debtors had cash on hand as of April 5, 2019 in the amount of $17,253, but had no unencumbered cash. Professional fees are expected to be paid by advances from the DIP Facility.

---

[1] In the Application for Orders Authorizing Employment of Attorneys for Debtors, Applicant mistakenly stated that only $15,570 was transferred from the trust account to the operating account on February 13, 2019. Applicant has since re-examined the books and records and discovered that a total of $15,735 was transferred on February 13, 2019. The Employment Application unintentionally failed to account for $40.00 of expenses for UCC searches and $125.00 of expenses for an Owners & Encumbrances Report for real property.

14. The undersigned verifies that the foregoing is true and correct. There are no unpaid administrative expenses to the best of Applicant's knowledge. Quarterly fees have been or will be paid as required to the U.S. Trustee as they become due, and the Debtor has filed all monthly operating reports required to be filed as of the date hereof.

**WHEREFORE**, Applicant respectfully requests an order allowing interim compensation and reimbursement of expenses as follows:

1. Hellmuth & Johnson PLLC is allowed interim compensation for the period March 4, 2019 to April 12, 2019 in the amount of $39,984.50 and reimbursement of expenses in the amount of $4.73 for a total of $39,989.23.

2. The Debtors are hereby authorized to pay Hellmuth & Johnson interim compensation for the period March 4, 2019 to April 12, 2019 in the amount of $39,984.50 and reimbursement of expenses in the amount of $4.73 for a total of $39,984.50.

3. If the Debtors are able to pay the allowed compensation and reimbursement of expenses, Hellmuth & Johnson PLLC may hold the retainer as a security deposit for future fees. To the extent that the Debtors are unable to pay the allowed compensation and reimbursement of expenses, Hellmuth & Johnson PLLC is permitted to apply the prepetition retainer received from Neil D. Cole against the allowed fees and expenses with the remainder held against future fees.

Respectfully submitted,

Dated: April 22, 2019

By: /s/ Karl. J. Johnson
Karl Johnson #0391211
Hellmuth & Johnson, PLLC
8050 West 78th Street
Edina, MN 55439
Tel: (952) 941-4005
kjohnson@hjlawfirm.com

**ATTORNEY FOR DEBTORS**

# **EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

CW Welding & Fabrication, LLC,                        Case No. 19-30650
                                                      Chapter 11 Case
      Debtor.

In re:

CW Equipment, LLC,                                    Case No. 19-30651
                                                      Chapter 11 Case
      Debtor.

In re:

CW Fabrication, LLC,                                  Case No. 19-30652
                                                      Chapter 11 Case
      Debtor.

In re:

CW, LLC,                                              Case No.19-30662
                                                      Chapter 11 Case
      Debtor.

## ORDER

    Upon application by the Debtors for an Order approving the retention of Karl J. Johnson and Hellmuth & Johnson Law Firm, PLLC. (collectively "Hellmuth & Johnson, PLLC"), 8050 West 78th Street, Edina, Minnesota 55439, and Kesha Tanabe and Tanabe Law. (collectively "Tanabe Law"), 4304 34th Ave S, Minneapolis, MN 55406, as counsel in this proceeding, the Court, having reviewed the Debtors' Application and the Affidavits of Karl J. Johnson and Kesha Tanabe filed therewith and the certificate of review and recommendation for employment by the office of the United States Trustee, and the files and records herein,

**IT IS HEREBY ORDERED:**

1. The employment of Hellmuth & Johnson, PLLC as Chapter 11 co-counsel to represent the Debtors-in-possession in carrying out their duties under Title 11 of the United States Bankruptcy Code is approved.

2. The employment of Tanabe Law as Chapter 11 co-counsel to represent the Debtors-in-possession in carrying out their duties under Title 11 of the United States Bankruptcy Code is approved.

3. Fee applications by Hellmuth & Johnson, PLLC and Tanabe Law may be heard on thirty day intervals from the commencement of the case.

**BY THE COURT:**

Dated: March 27, 2019

/e/ William J. Fisher
US Bankruptcy Court Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/27/2019*
Lori Vosejpka, Clerk, By klk, Deputy Clerk

# **EXHIBIT B**

# Hellmuth & Johnson, PLLC - Fees and Expenses
## CW Welding & Fabrication et. al. - Bankruptcy Matter

| Tmkr | Category | Rate | Hours | Amount | Description |
|------|----------|------|-------|--------|-------------|
| KJJ | Case Administration | $ 325.00 | 0.40 | $ 130.00 | Teleconference with K. Tanabe re DIP facility and filing strategy. Review updated financial models. Exchange emails with financial advisor. |
| KJJ | Financing Matters | $ 325.00 | 1.80 | $ 585.00 | Exchange emails with DIP financer's counsel re DIP financing. |
| KJJ | Case Administration | $ 325.00 | 1.40 | | (NO CHARGE) Teleconference with K. Tanabe re status and strategy. Revise statements of financial affairs and compensation statements. |
| KJJ | Financing Matters | $ 325.00 | 0.60 | $ 195.00 | Exchange emails with DIP lender's counsel re revisions to credit agreement. |
| KJJ | Bankruptcy Related Advice (to Debtor) | $ 325.00 | 0.50 | $ 162.50 | Teleconference with client re source of retainer funds and other issues related to filing bankruptcy petitions. |
| KJJ | Case Administration | $ 325.00 | 2.20 | $ 715.00 | Review and revise petitions and schedules. |
| KJJ | Fee/Employment Application | $ 325.00 | 0.50 | $ 162.50 | Review and revise application to employ counsel. |
| KJJ | Fee/Employment Application | $ 325.00 | 0.50 | $ 162.50 | Review and revise application to employ financial advisor. |
| KJJ | Case Administration | $ 325.00 | 0.80 | $ 260.00 | Teleconference with court clerk re judge assignments and affidavit of relatedness. Draft affidavit. Teleconference with client re affidavit and signature. |
| KJJ | Case Administration | $ 325.00 | 0.50 | $ 162.50 | Draft written resolution and proof of authority to file for CW, LLC. |
| PJM | Case Administration | $ 190.00 | 1.00 | | (NO CHARGE) Revise petitions and schedules. |
| PJM | Case Administration | $ 190.00 | 0.50 | $ 95.00 | File CW Welding & Fabrication, LLC, CW Equipment, LLC and CW Fabrication, LLC Petitions and Schedules. |
| PJM | Case Administration | $ 190.00 | 0.50 | $ 95.00 | Emails to and from KJJ and K. Tanabe re revisions to petitions and schedules. |
| PJM | Case Administration | $ 190.00 | 0.50 | $ 95.00 | Prepare drafts of signature declarations. |
| PJM | Case Administration | $ 190.00 | 1.00 | $ 190.00 | Filing of petitions and schedules. |
| KJJ | Case Administration | $ 325.00 | 0.40 | $ 130.00 | Exchange emails with US Trustee's office and co-counsel re filing and notices of appearance. |
| KJJ | Case Administration | $ 325.00 | 3.20 | $ 1,040.00 | Supervise drafting of petition and schedules for Cw, LLC. Review and revise. |
| PJM | Case Administration | $ 190.00 | 1.50 | $ 285.00 | Prepare petition and schedules for CW, LLC and file same. |
| KJJ | Bankruptcy Related Advice (to Debtor) | $ 325.00 | 0.50 | $ 162.50 | Exchange emails with co-counsel and client re business operations and potential stay violation. |
| KJJ | Financing Matters | $ 325.00 | 2.60 | $ 845.00 | Review and revise DIP motion. Forward to DIP financer. |
| KJJ | Fee/Employment Application | $ 325.00 | 0.30 | $ 97.50 | Review and revise App to employ counsel. |
| KJJ | Case Administration | $ 325.00 | 1.50 | $ 487.50 | Review and revise first day motions for joint admin and exchange emails re first day motion for DIP Finance. |
| KJJ | Case Administration | $ 325.00 | 1.80 | $ 585.00 | Draft and revise first day motion for authorization to pay prepetition wages and related employee benefits. |
| KJJ | Case Administration | $ 325.00 | 1.50 | $ 487.50 | Exchange emails about First day declaration, insurance, and utilities and related issues. |
| KJJ | Case Administration | $ 325.00 | 0.60 | | (NO CHARGE) Supervise filing of first day motions. |
| KJJ | Case Administration | $ 325.00 | 3.20 | $ 1,040.00 | Review utility statements. Research and draft prepetition utilities motion. |
| PJM | Case Administration | $ 190.00 | 0.30 | | (NO CHARGE) Prepare Exhibits for Utilities motion. |
| PJM | Case Administration | $ 190.00 | 0.50 | $ 95.00 | Finalize and file first day motions. |
| KJJ | Case Administration | $ 325.00 | 0.30 | $ 97.50 | Exchange emails with co-counsel and financial advisor re witnesses for first day motions. |
| KJJ | Fee/Employment Application | $ 325.00 | 0.30 | | (NO CHARGE) Revise App to employ financial advisor. Email to Craig Siiro with comments. |
| KJJ | Fee/Employment Application | $ 325.00 | 0.60 | | (NO CHARGE) Exchange emails with financial consultant re app to employ. Revise app to employ. |
| PJM | Case Administration | $ 190.00 | 0.50 | $ 95.00 | Review and revise Utilities motions and file same with the court. |
| PJM | Case Administration | $ 190.00 | 0.30 | $ 57.00 | Review and file additional Motions re wages. |
| KJJ | Financing Matters | $ 325.00 | 0.40 | $ 130.00 | Teleconference with co-counsel and First Independent Bank's counsel re DIP Motion and proposed order. |
| KJJ | Financing Matters | $ 325.00 | 0.90 | $ 292.50 | Teleconference with DIP Lender's counsel re DIP Motion and inventory listed in schedules. Teleconference with client re source of inventory information. |
| KJJ | Financing Matters | $ 325.00 | 1.80 | $ 585.00 | Teleconferences with financial consultants re DIP motion, budget, and cash collateral. |
| KJJ | Case Administration | $ 325.00 | 1.00 | | (NO CHARGE) Teleconferences with co-counsel re strategy, status, and other issues. |
| KJJ | Case Administration | $ 325.00 | 1.40 | $ 325.00 | (Bill for 1 hour; Work 1.4) Teleconferences and emails re Utilities motion and service. Supervise filing. |
| KJJ | Case Administration | $ 325.00 | 0.40 | | (NO Charge)Exchange emails with calendar clerk re first day motions. |
| KJJ | Asset Analysis and Recovery | $ 325.00 | 0.50 | $ 162.50 | Review and analyze inventory report. |
| KJJ | Financing Matters | $ 325.00 | 1.70 | $ 552.50 | Review email from U.S. Trustee's counsel. Draft amended motion for authorization to obtain post-petition credit. |
| KJJ | Other Contested Matters | $ 325.00 | 1.80 | $ 585.00 | Review filed objections. Teleconferences with co-counsel re status, strategy for addressing objections, and discussion of arguments. |
| KJJ | Financing Matters | $ 325.00 | 2.20 | $ 325.00 | (Bill for 1 hour; Work 2.2) Review and respond to email from financial consultants about various financial assumptions.Teleconferences with financial consultants re financial projections. |
| KJJ | Financing Matters | $ 325.00 | 2.80 | $ 910.00 | Draft amended motion for approval of DIP Motion. File amended motion. |
| KJJ | Financing Matters | $ 325.00 | 0.70 | $ 227.50 | Teleconferences with DIP Lender's counsel re objections. |

| Tmkr | Category | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| KJJ | Financing Matters | $ 325.00 | 0.50 | $ 162.50 | Teleconference with UST's counsel re issues related to DIP Finance Motion. |
| KJJ | Bankruptcy Related Advice (to Debtor) | $ 325.00 | 0.40 | $ 130.00 | Teleconferences and exchange emails with client about first day motions, DIP accounts, and other issues. |
| PJM | Financing Matters | $ 190.00 | 0.50 | | (NO CHARGE) Prepare Declaration of Service for Amended DIP Motion. Compile Exhibits for Amended DIP Motion. File Amended DIP Motion. |
| KJJ | Case Administration | $ 325.00 | 0.20 | $ 65.00 | Teleconference with K. Tanabe re Inputs Collateral and related issues. |
| KJJ | Business Analysis | $ 325.00 | 0.30 | $ 97.50 | Teleconference with C. Siiro re financial models. |
| KJJ | Case Administration | $ 325.00 | 2.00 | $ 325.00 | (Bill for 1 Hour; Work 2) Prepare for hearings on first day motions. |
| KJJ | Business Analysis | $ 325.00 | 2.40 | $ 390.00 | (Bill for 1.2; Work 2.4) Teleconferences with C. Siiro, K. Tanabe, and N. Cole to refine financial models. |
| KJJ | Case Administration | $ 325.00 | 1.00 | | (NO CHARGE) Travel to and from hearings on first day motions. |
| KJJ | Case Administration | $ 325.00 | 0.80 | $ 260.00 | Appear at and participate in hearings for first day motions. |
| KJJ | Case Administration | $ 325.00 | 0.70 | $ 227.50 | Draft revised utilities motion. Exchange emails with assistant re certificate of service. |
| KJJ | Other Contested Matters | $ 325.00 | 1.20 | $ 390.00 | (Automatic Stay Violation) Review and analyze non-earnings garnishment summons from Gislason and First Independent Bank. Research and analyze case law on whether a retainer paid by a third party is property of the estate. |
| PJM | Case Administration | $ 190.00 | 0.30 | | (NO CHARGE)Revise certificate of service for amended Utilities motion. |
| LEA | Other Contested Matters | $ 195.00 | 2.50 | | (NO CHARGE) Research re retainer as property of the estate |
| KJJ | Financing Matters | $ 325.00 | 0.60 | $ 195.00 | Review and revise proposed order for DIP loan. Exchange emails with cocounsel, bank's counsel, DIP lender's counsel, and UST's counsel re proporsed order. |
| KJJ | Case Administration | $ 325.00 | 0.40 | $ 130.00 | Supervise paralegal in preparing cert of service for amended utilities motion. Supervise paralegal in filing amended motion. |
| PJM | Case Administration | $ 190.00 | 1.00 | | (NO CHARGE) Prepare certificate of service for Amended Utilities Motion. File Amended Utilities Motion. Serve Amended Utilities Motion by U.S. Mail and email to 5 utility entities. |
| KJJ | Business Operations | $ 325.00 | 0.30 | $ 97.50 | Attention to file and assisting client in paying prepetition wages. |
| KJJ | Business Operations | $ 325.00 | 0.20 | $ 65.00 | Teleconference with C. Siiro re establishing procedures for segregating inputs collateral. |
| KJJ | Financing Matters | $ 325.00 | 0.80 | $ 260.00 | Teleconference with opposing counsel re order on dip motion. Exchange further emails and redlines. Forward final version to chambers. |
| KJJ | Financing Matters | $ 325.00 | 0.60 | $ 195.00 | Review and revise notice of final hearing for DIP finance. Supervise filing. |
| KJJ | Case Administration | $ 325.00 | 0.60 | | (NO CHARGE) Exchange emails and have teleconferences with K. Tanabe re various issues in chapter 11 cases. |
| KJJ | Financing Matters | $ 325.00 | 0.30 | $ 97.50 | Teleconferences with K. Tanabe and P. Ashfield re DIP order. |
| PJM | Financing Matters | $ 190.00 | 0.50 | $ 95.00 | Prepare Notice of Final Hearing for DIP Finance. File Notice of Final Hearing. |
| KJJ | Case Administration | $ 325.00 | 0.50 | | (NO CHARGE)Teleconferences with K. Tanabe re status and strategy. |
| KJJ | Other Contested Matters | $ 325.00 | 0.20 | $ 65.00 | Teleconferences re possible stay violations. (Automatic Stay Violation). |
| KJJ | Business Operations | $ 325.00 | 0.20 | $ 65.00 | Teleconferences with K. Tanabe and N. Cole re bank accounts. |
| KJJ | Other Contested Matters | $ 325.00 | 3.70 | $ 1,202.50 | (Automatic Stay Violation). Research case law on property of the estate and sanctions for violation of the automatic stay. Draft motion to enforce automatic stay and related relief. |
| KJJ | Other Contested Matters | $ 325.00 | 3.20 | $ 1,040.00 | (Automatic Stay Violation). Research legal issues re willful violations of the automatic stay. Draft motion to enforce automatic stay. |
| KJJ | Other Contested Matters | $ 325.00 | 0.70 | $ 227.50 | (Automatic Stay Violation) Teleconference with co-counsel re motion to enforce automatic stay. |
| KJJ | Business Operations | $ 325.00 | 0.20 | $ 65.00 | Teleconference with client about plumbing issue and other accounting issues with DIP loan. |
| KJJ | Other Contested Matters | $ 325.00 | 0.70 | $ 227.50 | (Automatic Stay Violation) review and revise responses to Garnishment Summons and nonearnings Disclosure Form. Supervise paralegal in serving. |
| KJJ | Asset Analysis and Recovery | $ 325.00 | 0.30 | | (NO CHARGE) Review proposed sale of vehicles subject to Minnwest liens. Supervise paralegal in drafting notices of sale. |
| KJJ | Other Contested Matters | $ 325.00 | 0.50 | $ 162.50 | (Automatic Stay Violation). Review co-counsel's revisions to motion to enforce automatic stay. Further edit and revise motion. |
| KJJ | Meetings of Creditors | $ 325.00 | 0.40 | $ 130.00 | Exchange emails with UST's office and client re Initial Debtor Interview and Initial Financial Report. |
| KJJ | Asset Analysis and Recovery | $ 325.00 | 0.30 | | (NO CHARGE) Teleconference with potential inventory liquidator. |
| KJJ | Asset Analysis and Recovery | $ 325.00 | 0.20 | | (NO CHARGE) Teleconference with co-counsel re inventory liquidator and send email to other possible inventory liquidator. |
| KJJ | Meetings of Creditors | $ 325.00 | 0.30 | $ 97.50 | Teleconferences with Craig Siiro re requirements for Initial Financial Report. |
| PJM | Other Contested Matters | $ 190.00 | 0.50 | | (NO CHARGE) Revisions to Nonearnings Disclosure forms. |
| PJM | Asset Analysis and Recovery | $ 190.00 | 0.50 | | (NO CHARGE) Prepare draft of Notice of Sale. |

| Tmkr | Category | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| KJJ | Other Contested Matters | $ 325.00 | 1.40 | $ 455.00 | (Automatic Stay Violation) Email calendar clerk for a hearing date for motion to enforce automatic stay. Communicate with client for verification. Final review, proofreading, editing of motion and supervise paralegal in filing and service. |
| KJJ | Asset Analysis and Recovery | $ 325.00 | 0.50 | | (NO CHARGE) Revise notice of sale forward to co-counsel with comments. Forward to client with question and for signature. Supervise filing and service. |
| KJJ | Asset Analysis and Recovery | $ 325.00 | 0.50 | $ 162.50 | Teleconference with cocounsel and Fahey Sales re liquidation of inventory. Debrief phone call with cocounsel. |
| KJJ | Business Operations | $ 325.00 | 0.40 | $ 130.00 | Exchange emails with client, co counsel and Financial Consultant re DIP bank accounts. |
| KJJ | Other Contested Matters | $ 325.00 | 0.50 | $ 162.50 | (Automatic Stay Violation) Supervise paralegal in communicating with state court re automatic stay and serving responses to FIB's garnishment summonses. |
| KJJ | Meetings of Creditors | $ 325.00 | 0.40 | $ 130.00 | Review notice of appointment of creditors' committee. Discuss with co-counsel. |
| PJM | Other Contested Matters | $ 190.00 | 1.00 | $ 190.00 | Organize Exhibits for Motion to Enforce Stay. Prepare certificate of service for Motion to Enforce Stay. File and serve Motion to Enforce Stay. |
| PJM | Other Contested Matters | $ 190.00 | 0.30 | | (NO CHARGE) File Nonearnings Disclosure forms. |
| KJJ | Assumption Rejection of Leases and Contracts | $ 325.00 | 0.60 | | (NO CHARGE) Teleconference with co-counsel re leases and related issues. |
| KJJ | Business Operations | $ 325.00 | 0.90 | $ 292.50 | Review vm from financial advisor re insurance issues. Exchange emails with DIP Lender and financial advisor re payroll and insurance issues. Further communications re payroll and insurance issues vis a vis DIP loan draws. |
| KJJ | Asset Analysis and Recovery | $ 325.00 | 0.40 | | (NO CHARGE) Supervise filing and service of notice of sale. |
| KJJ | Case Administration | $ 325.00 | 0.20 | $ 65.00 | Communications re appointment of committee. |
| KJJ | Asset Analysis and Recovery | $ 325.00 | 1.00 | | (NO CHARGE) Attention to executory contract issues and motion to reject nonresidential lease. |
| PJM | Asset Analysis and Recovery | $ 190.00 | 0.80 | | (NO CHARGE) Finalize Notice of Sale. File Notice of Sale. Prepare mail service of Notice of Sale on all creditors. |
| KJJ | Meetings of Creditors | $ 325.00 | 0.40 | $ 130.00 | Review Initial Financial Reports. Supervise paralegal in further redactions. |
| PJM | Meetings of Creditors | $ 190.00 | 1.00 | | (NO CHARGE) Make redactions to Initial Financial Reports. |
| KJJ | Case Administration | $ 325.00 | 0.20 | $ 65.00 | Teleconference with J. Whitmore, counsel to Redwood Electric Company. |
| KJJ | Assumption Rejection of Leases and Contracts | $ 325.00 | 0.20 | | (NO CHARGE) Communications with co-counsel re lease issues and general strategy. |
| KJJ | Case Administration | $ 325.00 | 0.10 | $ 32.50 | Draft and send email to Farmers Co-op of Echo with utilities motion attached. |
| KJJ | Business Operations | $ 325.00 | 0.20 | $ 65.00 | Review and respond to emails re health insurance. |
| KJJ | Meetings of Creditors | $ 325.00 | 0.40 | | (NO CHARGE) Supervise redactions of initial financial report and sharing via secure download site. |
| KJJ | Business Operations | $ 325.00 | 0.50 | $ 162.50 | Teleconferences with co-counsel and FA re Cash Collateral reporting under DIP loan order. |
| KJJ | Meetings of Creditors | $ 325.00 | 0.20 | | (NO CHARGE) Communications re meeting of creditors and court reporter. Review U.S. Trustee's correspondence re meeting of creditors. |
| KJJ | Business Operations | $ 325.00 | 0.90 | $ 292.50 | Review Weekly cash collateral/inventory report. Annotate and revise report. Send email back to FA and cocounsel re report. Teleconference with FA. |
| KJJ | Case Administration | $ 325.00 | 1.60 | | (NO CHARGE) Teleconferences re status and strategy. |
| PJM | Case Administration | $ 190.00 | 0.30 | | (NO CHARGE) Prepare revised Declaration of Service on City of Vesta re Amended Utilities motion and fax same to Mayor Jeff Wall. |
| KJJ | Business Operations | $ 325.00 | 0.20 | $ 65.00 | Review draft cash collateral and inventory report. Email FA with feedback. |
| KJJ | Business Operations | $ 325.00 | 0.20 | $ 65.00 | Review and respond to email from DIP Lender's counsel re utilities motion. |
| KJJ | Business Operations | $ 325.00 | 0.20 | $ 65.00 | Review revised draft inventory report. |
| KJJ | Case Administration | $ 325.00 | 0.40 | $ 130.00 | Prepare for and participate in telephonic hearing on utilities motion. |
| KJJ | Case Administration | $ 325.00 | 1.20 | $ 390.00 | Review L.R. 9013-3(2). Instruct and supervise paralegal in preparation of service lists and supplemental service. |
| PJM | Case Administration | $ 190.00 | 0.50 | | (NO CHARGE) Prepare draft of supplement certificate of service. |
| KJJ | Case Administration | $ 325.00 | 0.30 | | (NO CHARGE) Teleconference with co-counsel re status and strategy. |
| KJJ | Case Administration | $ 325.00 | 0.80 | $ 260.00 | Review and revise service list pursuant to 9013-3(2). Supervise supplemental service of DIP motion and motion to reject leases. |
| PJM | Financing Matters | $ 190.00 | 0.50 | $ 95.00 | Revise service list pursuant to 9013-3(2). File supplemental service list and service of DIP motion and motion to reject leases. |

| Tmkr | Category | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| KJJ | Business Operations | $ 325.00 | 0.70 | | (NO CHARGE) Teleconferences with client and co-counsel re raw materials inventory, appraisal/sale/abandonment, and related issues. |
| KJJ | Asset Analysis and Recovery | $ 325.00 | 0.20 | | (NO CHARGE) Correspondence with J. Fahey re inventory inspection. |
| KJJ | Relief from Stay/Adequate Protection | $ 325.00 | 0.50 | $ 162.50 | Review and analyze FIB's motion for relief from stay. |
| KJJ | Case Administration | $ 325.00 | 0.60 | | (NO CHARGE) Attention to file, planning, and strategy. |
| KJJ | Meetings of Creditors | $ 325.00 | 0.70 | $ 227.50 | Teleconference with cocounsel and client to prepare for Initial Debtor Interview. |
| KJJ | Business Operations | $ 325.00 | 1.00 | $ 325.00 | Review Inputs Collateral Report provided by FA. Draft cover page for Inputs Collateral Report. |
| KJJ | Asset Analysis and Recovery | $ 325.00 | 1.00 | | (NO CHARGE) Review proposal from auctioneer re sales procedures. Teleconferences with cocounsel re motion for relief from stay, potential sale, and related issues. |
| KJJ | Other Contested Matters | $ 325.00 | 0.40 | $ 130.00 | Review Supplemental Cert of Service for motion to enforce automatic stay and Inputs Collateral Report. Supervise service and filing. |
| PJM | Other Contested Matters | $ 190.00 | 1.00 | $ 190.00 | Prepare draft of Supplemental Cert of Service for motion to enforce automatic stay and Inputs Collateral Report.. Service and filing of Supplemental Cert of Service for motion to enforce automatic stay and Inputs Collateral Report. |
| KJJ | Financing Matters | $ 325.00 | 0.70 | $ 227.50 | Teleconference with cocounsel and DIP's counsel re status, DIP Draw issues, and FIB's motion for relief from stay. |
| KJJ | Meetings of Creditors | $ 325.00 | 0.20 | $ 65.00 | Correspondence with UST's office, client, and FA re requested supplements to Initial Financial Report. |
| KJJ | Relief from Stay/Adequate Protection | $ 325.00 | 2.40 | $ 780.00 | Review and analyze motion for relief from stay. Research legal issues. |
| KJJ | Relief from Stay/Adequate Protection | $ 325.00 | 1.40 | $ 455.00 | Draft notes toward response to motion for relief from stay. |
| KJJ | Meetings of Creditors | $ 325.00 | 0.40 | $ 130.00 | Teleconference with FA re supplemental pages for Initial Financial Report. Review pages. Supervise paralegal in extracting pages and forward to UST. |
| PJM | Meetings of Creditors | $ 190.00 | 0.10 | | (NO CHARGE) Extract pages from report and send to UST. |
| KJJ | Relief from Stay/Adequate Protection | $ 325.00 | 0.30 | $ 97.50 | Review and exchange emails with cocounsel, secured lenders' counsel, and auctioneer re possible relief from stay/sales of assets. |
| KJJ | Meetings of Creditors | $ 325.00 | 0.30 | | (NO CHARGE) Review email from T. Kleiner about committee appointment and small business debtor status. Researched small business debtor eligibility and related issues. Respond to email from T. Kleiner. |
| KJJ | Meetings of Creditors | $ 325.00 | 1.30 | $ 422.50 | Prepare for Initial Debtor Interview. Participate in initial debtor interview. Debrief with client after initial debtor interview. |
| KJJ | Business Operations | $ 325.00 | 1.00 | $ 325.00 | Teleconferences with cocounsel and FA re monthly operating reports, financial reporting, DIP Loan draws, and related accounting issues. |
| KJJ | Case Administration | $ 325.00 | 0.40 | | (NO CHARGE) Teleconference with cocounsel re small business classification pros and cons. |
| KJJ | Business Operations | $ 325.00 | 0.30 | $ 97.50 | Exchange emails about Dealer License Bond and whether premium can be paid. |
| KJJ | Business Operations | $ 325.00 | 0.30 | $ 97.50 | Teleconference with client about Dealer license bond, vehicle plate tab renewals, and FIB's motion for relief from stay. |
| KJJ | Meetings of Creditors | $ 325.00 | 0.10 | $ 32.50 | Draft and send email to UST's office re small business debtor status. |
| KJJ | Business Operations | $ 325.00 | 0.30 | $ 97.50 | Communications with client, cocounsel, and FA re health insurance. |
| KJJ | Business Operations | $ 325.00 | 2.00 | $ 325.00 | (BILL for 1 Hour; Work 2 Hours) Communications with client and cocounsel about whether cushion supplier might be a critical vendor. |
| KJJ | Business Operations | $ 325.00 | 0.20 | $ 65.00 | Communications re utilities and how to handle invoices that include prepetition balances. |
| KJJ | Relief from Stay/Adequate Protection | $ 325.00 | 1.60 | $ 520.00 | Review motion for relief from stay. Research legal issues relating to SARE status, relief from stay, and adequate protection. |
| KJJ | Relief from Stay/Adequate Protection | $ 325.00 | 2.50 | $ 812.50 | Draft response to motion for relief from stay. |
| KJJ | Relief from Stay/Adequate Protection | $ 325.00 | 2.00 | $ 650.00 | Research legal issues related to motion for relief from stay. Draft response to motion for relief from stay. |
| KJJ | Relief from Stay/Adequate Protection | $ 325.00 | 0.80 | $ 260.00 | Draft response to motion for determination of SARE status. |
| KJJ | Relief from Stay/Adequate Protection | $ 325.00 | 0.30 | $ 97.50 | Teleconference with D. Honsey, counsel to Southwest Initiative, regarding FIB's motion for relief from stay. |
| KJJ | Business Operations | $ 325.00 | 0.10 | $ 32.50 | Exchange emails with client re schedules of property covered by insurance. |
| KJJ | Fee/Employment Application | $ 325.00 | 0.50 | | (NO CHARGE) Revise application for compensation. |
| KJJ | Business Operations | $ 325.00 | 0.30 | $ 97.50 | Review cash request. Email FA with questions. Teleconference with FA re cash request. |
| KJJ | Asset Analysis and Recovery | $ 325.00 | 0.20 | $ 65.00 | Review lists of vehicles and equipment to be sold or abandoned. |
| KJJ | Bankruptcy Related Advice (to Debtor) | $ 325.00 | 0.10 | | (NO CHARGE) Review and respond to email from client. |
| KJJ | Meetings of Creditors | $ 325.00 | 0.30 | $ 97.50 | Review and analzye insurance policy schedules. Forward to U.S. Trustee analyst. |
| KJJ | Relief from Stay/Adequate Protection | $ 325.00 | 1.30 | $ 422.50 | Draft stipulation for relief from stay with Minnwest Bank. |
| KJJ | Asset Analysis and Recovery | $ 325.00 | 0.10 | | (NO CHARGE) Teleconference with client about sale of Explorer. |

| Tmkr | Category | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| KJJ | Relief from Stay/Adequate Protection | $ 325.00 | 0.50 | $ 162.50 | Draft Motion to Approve Stipulation with Minnwest Bank re modification of stay and determination of allowed secured claim. |
| KJJ | Asset Analysis and Recovery | $ 325.00 | 0.20 | $ 65.00 | Communications with client and co-counsel re equipment to be sold. |
| KJJ | Relief from Stay/Adequate Protection | $ 325.00 | 0.90 | $ 292.50 | Teleconferences with co-counsel and FIB's counsel re relief from stay etc. |
| KJJ | Other Contested Matters | $ 325.00 | 0.50 | $ 162.50 | Review objections by UST. Teleconference with co-counsel and exchange emails re same. |
| KJJ | Other Contested Matters | $ 325.00 | 0.50 | | (NO CHARGE) Teleconference with co-counsel re UST's objections and Ch 11 plan. |
| KJJ | Business Operations | $ 325.00 | 1.20 | $ 390.00 | Teleconferences with FA and DIP Lender's counsel re budget projection updates and cash needs. |
| KJJ | Business Operations | $ 325.00 | 0.20 | $ 65.00 | Review FIB's counsel's feedback on Inputs Collateral Report, forward to client and FA for input. |
| KJJ | Other Contested Matters | $ 325.00 | 1.10 | $ 357.50 | Exchange emails with client and teleconferences with client, co-counsel, and FIB"s counsel re Inputs collateral report, DIP Loan motion, motion for relief from stay, and motion to enforce automatic stay. |
| KJJ | Case Administration | $ 325.00 | 0.20 | | (NO CHARGE) Teleconference with co-counsel re status and upcoming deadlines. |
| KJJ | Asset Analysis and Recovery | $ 325.00 | 0.30 | $ 97.50 | Exchange emails with auctioneer and FIB's counsel re sale procedures and related issues. |
| KJJ | Business Operations | $ 325.00 | 0.30 | | (NO CHARGE) Teleconference with FA re native excel file to send to FIB's counsel re Inputs Collateral Report. Draft and send email to FIB's counsel with Inputs Collateral Excel File. |
| KJJ | Asset Analysis and Recovery | $ 325.00 | 0.20 | $ 65.00 | Teleconference with client re revision to inventory report to submit to FIB's counsel for proposed sale. |
| KJJ | Other Contested Matters | $ 325.00 | 0.40 | | (NO CHARGE) Research whether contested motions can be withdrawn. |
| KJJ | Relief from Stay/Adequate Protection | $ 325.00 | 0.30 | $ 97.50 | Draft response to motion for relief from stay. |
| KJJ | Asset Analysis and Recovery | $ 325.00 | 0.40 | | (NO CHARGE) Exchange emails with client about skidloader. Teleconference with client about asset disposition. Draft and send email to cocounsel about asset disposition. |
| KJJ | Relief from Stay/Adequate Protection | $ 325.00 | 1.70 | $ 552.50 | Revise response to motion for relief from stay. Draft certificate of service. Supervise service. File Cert of Service. |
| KJJ | Business Operations | $ 325.00 | 1.20 | $ 390.00 | Teleconferences with cocounsel, client, and FA re Inputs reporting, other financial reporting issues, and plan issues. |
| KJJ | Other Contested Matters | $ 325.00 | 2.30 | $ 747.50 | Review and analyze Gislason's response to motion to enforce automatic stay and Gislason's state court motion re garnishment summons. |
| KJJ | Other Contested Matters | $ 325.00 | 0.80 | $ 260.00 | Teleconference with cocounsel re Gislason's response to motion to enforce automatic stay. |
| KJJ | Other Contested Matters | $ 325.00 | 1.00 | $ 325.00 | Review case law cited by Gislason re violation of automatic stay. |
| KJJ | Fee/Employment Application | $ 325.00 | 0.20 | $ 65.00 | Review and analyze invoice from FA. Communicate with FA about format and fee application requirements. |
| KJJ | Other Contested Matters | $ 325.00 | 3.00 | $ 975.00 | Draft Reply to FIB and Gislason's objection to motion to enforce automatic stay. |
| KJJ | Other Contested Matters | $ 325.00 | 2.40 | $ 780.00 | Continue drafting and revising reply to FIB and Gislason's objection to motion to enforce automatic stay. |
| KJJ | Fee/Employment Application | $ 325.00 | 0.50 | | (NO CHARGE) Draft fee application for Financial Consultant. |
| KJJ | Other Contested Matters | $ 325.00 | 1.00 | $ 325.00 | Revise Reply to Gislason's response to motion to enforce stay. |
| KJJ | Relief from Stay/Adequate Protection | $ 325.00 | 0.40 | $ 130.00 | Teleconference with cocounsel re scheduling conflicts for hearing on motion for relief from stay and related strategy issues. |
| KJJ | Asset Analysis and Recovery | $ 325.00 | 1.00 | $ 325.00 | Teleconference with cocounsel and client proposed sale of excess raw materials and what property should be included in the sale. |
| KJJ | Other Contested Matters | $ 325.00 | 0.80 | $ 260.00 | Teleconferences with cocounsel and FIB's counsel re hearings on moiton for relief from stay, motion for stay violation, and motion in Redwood County re garnishment. |
| KJJ | Asset Analysis and Recovery | $ 325.00 | 0.10 | $ 32.50 | Review and respond to email from client about vehicles secured by Minnwest Bank. |
| KJJ | Fee/Employment Application | $ 325.00 | 0.20 | $ 65.00 | Teleconference with FA re cash on hand and information needed for fee applications. |
| KJJ | Other Contested Matters | $ 325.00 | 1.10 | $ 357.50 | Teleconference with cocounsel re revisions to Reply to FIB and Gislason's response to motion to enforce stay. |
| PJM | Other Contested Matters | $ 190.00 | 0.50 | $ 95.00 | Prepare Certificate of Service for Reply to FIB and Gislason's response to Motion to Enforce Stay. File and serve Reply to FIB and Gislason's response to Motion to Enforce Stay. |
| KJJ | Other Contested Matters | $ 325.00 | 0.20 | $ 65.00 | Supervise service by mail of reply. |
| KJJ | Fee/Employment Application | $ 325.00 | 4.20 | | (NO CHARGE) Review timesheets. Select write downs and writeoffs. Draft fee application. |
| KJJ | Asset Analysis and Recovery | $ 325.00 | 0.20 | | (NO CHARGE) Exchange emails with client about skidloader. |
| KJJ | Other Contested Matters | $ 325.00 | 0.20 | $ 65.00 | Exchange emails with K. Lynne about automatic stay and related issues. |
| KJJ | Business Analysis | $ 325.00 | 0.20 | $ 65.00 | Teleconference with C. Siiro about updated financial models. |
| KJJ | Financing Matters | $ 325.00 | 0.40 | $ 130.00 | Draft proposed final order on DIP Loan. |
| KJJ | Fee/Employment Application | $ 325.00 | 0.20 | | (NO CHARGE) Review cash balance provided by FA. Revise fee applications. |
| KJJ | Financing Matters | $ 325.00 | 0.20 | $ 65.00 | Teleconference with DIP Lender's counsel re final hearing on DIP Loan. |
| KJJ | Financing Matters | $ 325.00 | 0.50 | $ 162.50 | Prepare for final hearing on DIP Loan. |

| Tmkr | Category | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| KJJ | Other Contested Matters | $ 325.00 | 0.40 | $ 130.00 | Prepare for hearing on motion for relief from stay. |
| KJJ | Business Analysis | $ 325.00 | 0.50 | $ 162.50 | Teleconference/Webex with FA re updated financial models. |
| KJJ | Financing Matters | $ 325.00 | 0.30 | $ 97.50 | Appear at and participate in telephonic hearing on motion for relief from stay and motion for final order on DIP. |
| KJJ | Financing Matters | $ 325.00 | 0.40 | $ 130.00 | Exchange emails with counsel for the UST, FIB, and ATEL re proposed order on DIP Loan. |
| KJJ | Meetings of Creditors | $ 325.00 | 0.50 | $ 162.50 | Exchange emails with T. Kleiner re bank accounts and related reporting issues. |
| KJJ | Asset Analysis and Recovery | $ 325.00 | 0.90 | $ 292.50 | Attention to file. Review and analysis of inventory to be included in sale. |
| KJJ | Meetings of Creditors | $ 325.00 | 0.20 | | (NO CHARGE) Communications with client and US Trustee's counsel re whether meeting of creditors should be continued due to weather. |
| KJJ | Meetings of Creditors | $ 325.00 | 0.30 | | (NO CHARGE) Communications re continued meeting of creditors. Supervise drafting, filing, and service of notice of continued meeting. |
| PJM | Meetings of Creditors | $ 190.00 | 1.00 | $ 190.00 | Prepare Notice of Continued Meeting of Creditors. Serve and file Notice of Continued Meeting of Creditors. Emails to and from Court Reporter. |
| KJJ | Financing Matters | $ 325.00 | 0.20 | $ 65.00 | Exchange emails with chambers re proposed order for DIP Loan. |
| KJJ | Business Analysis | $ 325.00 | 0.80 | $ 260.00 | Teleconference with client, cocounsel, and FA re updated financial model. |
| KJJ | Fee/Employment Application | $ 325.00 | 0.30 | | (NO CHARGE) Supervise paralegals preparing fees summaries. |
| KJJ | Fee/Employment Application | $ 325.00 | 1.20 | | (NO CHARGE) Add category codes to billing time records. |
| KJJ | Asset Analysis and Recovery | $ 325.00 | 0.30 | $ 97.50 | Review insurance dividend notice. Review security agreements. Analyzeasset disposition. |
| KJJ | Financing Matters | $ 325.00 | 0.80 | $ 260.00 | Teleconference Webex with client, FA's counsel, cocounsel re updated DIP budget. |
| KJJ | Asset Analysis and Recovery | $ 325.00 | 0.30 | $ 97.50 | Exchange emails about insurance refund proceeds. |
| KJJ | Relief from Stay/Adequate Protection | $ 325.00 | 0.50 | $ 162.50 | Review and revise proposed order on modification of the automatic stay as proposed by Gislason. |
| KJJ | Asset Analysis and Recovery | $ 325.00 | 0.30 | $ 97.50 | Exchange emails about asset disposition. |
| | | | **166.70** | **$ 39,984.50** | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | $ 4.73 | AT Conference - Audio conference call. |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Jointly Administered Under Case No.19-30650 (WJF) |
| CW Welding & Fabrication, LLC | 19-30650 |
| CW Equipment, LLC, | 19-30651 |
| CW Fabrication, LLC, | 19-30652 |
| CW, LLC, | 19-30662 |
| Debtors | Chapter 11 Cases |

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2019 I caused a copy of **Notice of Hearing and Application for Allowance of Interim Compensation and Reimbursement of Expenses of Attorney for Debtor-In-Possession; Exhibits; and Proposed Order** to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

I further declare that on April 22, 2019, I caused a copy of the **Notice of Hearing and Application for Allowance of Interim Compensation and Reimbursement of Expenses of Attorney for Debtor-In-Possession; Exhibits; and Proposed Order** to be sent via U.S. Mail, postage prepaid to the following creditors as listed on the Matrix:

| | |
|---|---|
| ADAM DEBBAUT<br>11841 205TH STREET<br>TRACY MN 56175 | ALAN W. SEIDEL<br>13969 30TH STREET<br>VESTA MN 56292 |
| AMC<br>ALUMINUM METALS CO, LLC<br>640 COLLINS ROAD<br>ELKHART IN 46515 | ANDREW M. ANDERSON<br>32254 CROWN AVE.<br>VESTA MN 56292 |
| ARCHON WOODWORKS<br>NORTH STATE HIGHWAY 274<br>WOOD LAKE MN 56297 | ARVIG COMMUNICATION SYSTEMS<br>PO BOX 110<br>PERHAM MN 56573-0110 |
| AUSTIN D. SKOBLIK<br>395 CSAH 10<br>VESTA MN 56292 | AUTO BODY SPECIALTIES<br>PO BOX 84925<br>SOUIX FALLS SD 57118-4925 |
| AUTO VALUE PARTS STORES<br>607 EAST BRIDGE STREET<br>PO BOX 297<br>REDWOOD FALLS MN 56283 | BARRY & SEWALL INDUST. SUPPLY CO<br>PO BOX 50<br>MINNEAPOLIS MN 55440-0050 |
| | |

| | |
|---|---|
| BLUE CROSS BLUE SHIELD<br>PO BOX 64676<br>ST. PAUL MN 55164-0676 | BRANDON T. OURADA<br>29007 DUNCAN AVE.<br>VESTA MN 56292 |
| C.E. SIGNS A DESIGNS<br>PO BOX 157<br>LUCAN MN 56255 | CAPITAL ONE<br>PO BOX 6492<br>CAROL STREAM IL 60197-6492 |
| CARL NORMAN REED OCKWIG<br>26543 410TH STREET<br>RENVILLE MN 56284 | CHASE<br>PO BOX 15123<br>WILMINGTON DE 19850-5123 |
| CHASE<br>CARDMEMBER SERVICE<br>PO BOX 6294<br>CAROL STREAM IL 60197-6294 | CHELSEA R. COOREMAN<br>395 CSAH 10<br>VESTA MN 56292 |
| CLARKFIELD ENTERPRISES<br>1032 10TH AVENUE<br>PO BOX 457<br>CLARKFIELD MN 56223 | CW EQUIPMENT, LLC<br>165 HIGHWAY 19 S<br>VESTA MN 56292 |
| CW FABRICATION, LLC<br>165 HIGHWAY 19 S<br>VESTA MN 56292 | CW, LLC<br>165 HIGHWAY 19 S<br>VESTA MN 56292 |
| DAN L. JUDD<br>17 2ND AVE W<br>PO BOX 6<br>WOOD LAKE MN 56297 | DANIEL G. ISAACKSON<br>161 N ELM STREET<br>PO BOX 44<br>VESTA MN 56292 |
| DAREN J. GUETTER<br>PO BOX 185<br>338 N STREET<br>VESTA MN 56292 | DELTA DENTAL OF MINNESOTA<br>NW 5772<br>PO BOX 1450<br>MINNEAPOLIS MN 55485-5772 |
| DRIVER AND VEHICLE SERVICES<br>445 MINNESOTA STREET<br>SUITE 186<br>ST. PAUL MN 05510-1186 | DUTTON-LAINSON COMPANY<br>PO BOX 729<br>HASTINGS NE 68902-0729 |
| FARMERS CO-OP OF ECHO<br>PO BOX 157<br>ECHO MN 56237-0157 | FIRST INDEPENDENT BANK<br>106 MAIN STREET<br>LUCAN MN 56255 |
| FORRESTT D. LABATTE<br>454 PRINTICE STREET<br>GRANITE FALLS MN 56241 | GODFATHER'S EXTERMINATING INC.<br>PO BOX 5056<br>ST.CLOUD MN 56302-5056 |
| HOLT SALES & SERVICE<br>PO BOX 4040<br>OMAHA NE 68104-0040 | IRS<br>PO BOX 7346<br>PHILADELPHIA PA 19101 |
| JEM TECHNICAL MARKETING CO., INC.<br>550 NORTH OLD CRYSTAL BAY ROAD<br>ORONO MN 55356 | JENSINE I. COLE<br>14369 305TH STREET<br>VESTA MN 56292 |
| JENSINE I. COLE<br>165 Highway 19<br>VESTA MN 56292 | JORGNESEN BROS TRUCKING INC.<br>BOX 392<br>HURLEY SD 57036 |

| | |
|---|---|
| LANCE PETERSON<br>250 2ND AVE W<br>WOOD LAKE MN 56297 | LAND 'N' SEA DISTRIBUTING, INC.<br>PO BOX 951905<br>DALLAS TX 75395-1905 |
| LIPPERT COMPONENT, INC.<br>88704 EXPEDITE WAY<br>CHICAGO IL 60695 | LUCAS R. RICHTER<br>5078 290TH AVE<br>GRANITE FALLS MN 56241 |
| MARCO TECHNOLOGIES LLC<br>NW 7128<br>PO BOX 1450<br>MINNEAPOLS MN 55485-7128 | MARVIN M. VERSCHELDE<br>200 N. A STREET<br>MARSHALL MN 56258 |
| MASON R. BLOCH<br>126 WEST STREET SOUTH<br>WOOD LAKE MN 56297 | MIDWEST AUTOMATIC PRODUCTS INC.<br>PO BOX 155<br>15 5TH AVENUE NE<br>MELROSE MN 56352 |
| MINNESOTA DEPT OF REVENUE<br>MAIL STATION 1173<br>SAINT PAUL MN 55146-1173 | MINNESOTA DEPT OF REVENUE<br>PO BX 64651<br>SAINT PAUL MN 55146-1173 |
| MINNWEST BANK<br>301 BASELINE ROAD<br>MARSHALL MN 56258 | MVTV<br>PO BOX A<br>GRANITE FALLS MN 56241 |
| NATHAN R. PETERSON<br>250 2ND AVE W<br>WOOD LAKE MN 56297 | NEIL D. COLE<br>14369 305TH STREET<br>VESTA MN 56292 |
| NEIL D. COLE<br>165 Highway 19<br>VESTA MN 56292 | NORTHERN STATE SUPPLY<br>PO BOX 1057<br>WILLMAR MN 56201 |
| O'REILYS AUTO PARTS<br>PO BOX 9464<br>SPRINGFIELD MO 56801-9464 | OXYGEN SERVICE COMPANY<br>PO BOX 856670<br>MINNEAPOLIS MN 55485-6670 |
| REA<br>60 PINE ST.<br>PO BOX 15<br>CLEMENTS MN 56224-0015 | REDNECK<br>3111 SOUTHWAY DRIVE<br>ST. CLOUD MN 56301 |
| RIGID HITCH<br>3301 WEST BURNSVILLE PKWY<br>BURNSVILLE MN 55337 | ROCKWELL AMERICAN<br>PO BOX 235<br>FREEPORT MN 56331 |
| RSS<br>380 SCHLEY STREET<br>PO BOX 61<br>VESTA MN 56292 | RYAN P. PETERSON<br>129 W 5TH STREET NORTH<br>COTTONWOOD MN 56229 |
| SHAWN M. PETERSON<br>250 2ND AVE W<br>WOOD LAKE MN 56297 | SOUTH DAKOTA DEPT OF REVENUE<br>PO BOX 5055<br>SIOUX FALLS SD 57117-5055 |
| SOUTHWEST INITIATIVE FOUNDATIO<br>15 3RD AVENUE NW<br>HUTCHINSON, MN 55350 | SPEE-DEE DELIVERY SERVICE INC.<br>PO BOX 1417<br>ST. CLOUD MN 56302-1417 |

| | |
|---|---|
| REDWOOD COUNTY<br>403 SOUTH MILL STREET<br>PO BOX 130<br>REDWOOD FALLS, MN 56283 | STEP SAVER INC.<br>PO BOX 240<br>MORTON MN 56270 |
| THE SAW MILL, INC.<br>1380 7TH STREET<br>GRANITE FALLS MN 56241 | TREVER J. ZEUG<br>2861 230TH AVE<br>MARSHALL MN 56258 |
| ULINE<br>PO BOX 88741<br>CHICAGO IL 60680-1741 | VISA<br>PO BOX 30495<br>TAMPA FL 33630-3495 |
| VISA<br>PO BOX 4512<br>CAROL STREAM IL 60197-4512 | WEEKS FOREST PRODUCTS, INC.<br>NW 9356<br>PO BOX 1450<br>MINNEAPOLIS MN 55485-9356 |
| WEST CENTRAL SANITAITON, INC.<br>PO BOX 796<br>WILLMAR MN 56201 | WEST CENTRAL STEEL<br>PO BOX 1178<br>WILLMAR MN 56201 |
| WHITE SAND ABRASIVES INC.<br>1502 E. CLIFF ROAD<br>BURNSVILLE MN 55337 | WILLMAR FORKLIFT, INC.<br>2480 E HWY 12<br>WILLMAR MN 56201 |
| WOOD LAKE LUMBER<br>359 3RD ST N<br>PO BOX 186<br>WOOD LAKE MN 56297 | |

**HELLMUTH & JOHNSON, PLLC**

Dated: April 22, 2019

By:/e/ Karl J. Johnson
    Karl J. Johnson, ID #0391211
    8050 West 78th Street
    Edina, Minnesota 55439
    Telephone: (952) 941-4005
    kjohnson@hjlawfirm.com

**ATTORNEY FOR DEBTORS**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In re: | Jointly Administered Under Case No.19-30650 (WJF) |
| CW Welding & Fabrication, LLC | 19-30650 |
| CW Equipment, LLC, | 19-30651 |
| CW Fabrication, LLC, | 19-30652 |
| CW, LLC, | 19-30662 |
| Debtors | Chapter 11 Cases |

_____

# ORDER

_____

The Application for Allowance of Interim Compensation and Reimbursement of Expenses of Attorney for Debtor-In-Possession came on before the court.

The court having reviewed the Application,

**IT IS ORDERED**:

1. Hellmuth & Johnson PLLC is allowed interim compensation for the period March 4, 2019 to April 12, 2019 in the amount of $39,984.50 and reimbursement of expenses in the amount of $4.73 for a total of $39,989.23; and

2. The Debtors are hereby authorized to pay Hellmuth & Johnson interim compensation for the period March 4, 2019 to April 12, 2019 in the amount of $39,984.50 and reimbursement of expenses in the amount of $4.73 for a total of $39,989.23.

2. If the Debtors are able to pay the allowed compensation and reimbursement of expenses, Hellmuth & Johnson PLLC may hold the retainer as a security deposit for future fees. To the extent that the Debtors are unable to pay the allowed compensation and reimbursement of expenses, Hellmuth & Johnson PLLC is permitted to apply the prepetition retainer received from Neil D. Cole against the allowed fees and expenses with the remainder held against future fees.

Dated: _____

_____
William J. Fisher
United States Bankruptcy Judge